

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00286-CR

| | | |
|---|---|---|
| Donte Wordlaw | § | From the 396th District Court |
| | § | of Tarrant County (1277070W) |
| v. | § | February 5, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and the attached order to withdraw funds in the burglary are modified to delete $258.79 of the ordered reparations. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel